UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

MOSES PACHECO, JR.,

                                                        Plaintiff,       **NOTICE OF APPEARANCE**

            -against-

THE CITY OF NEW YORK, SERGEANT PAGAN       07 CV 4717 (RJH)
(Shield # 1098), POLICE OFFICER LANE (Shield #
31936), POLICE OFFICER NOLASCO (Shield # 22895),
POLICE OFFICER ROSARIO (Shield # 27493), and
POLICE OFFICER MURAD (Tax Reg # 937156),

                                                      Defendants.

------------------------------------------------------------------ x

          **PLEASE TAKE NOTICE** that **Stuart Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated:  New York, New York
          July 31, 2007

                                                   MICHAEL A. CARDOZO
                                                 Corporation Counsel
                                                 of the City of New York
                                                 Attorney for Defendant City of New York
                                                 100 Church Street, Rm. 3-311
                                                 New York, New York 10007
                                                 (212) 788-0899

                                      By: _____
                                                   Stuart Jacobs (SJ-8379)
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation Division

To:    BY ECF
        Wale Mosaku, Esq.