```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MOSES PACHECO,                              :        07 Civ. 04717 (RJH)

                Plaintiff,             :

    -against-                              :        **ORDER**

CITY of NEW YORK, et al,                    :

                Defendant.            :

------------------------------------------------------------x

       The pretrial conference scheduled for September 14, 2007 is rescheduled to October 05, 2007, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
September 11, 2007
SO ORDERED:

                                              _____
                                              Richard J. Holwell
                                              United States District Judge