UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
CASE # 07-CV- 4717

**MOSES PACHECO,**                                               Plaintiff

Vs

**THE CITY OF NEW YORK, SERGEANT PAGAN (Shield # 1098 )
POLICE OFFICER LANE (Shield # 31936 )
POLICE OFFICER NOLASCO (Shield # 22895 )
POLICE OFFICER ROSARIO (Shield # 27493 )
POLICE OFFICER MURAD ( TAX REG # 937156 )**
                                                                Defendant

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of KINGS.

On 9/5/2007 at 9:07 A.M. at **2794 RANDALL AVENUE BRONX-, NEW YORK, 10465** Deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER LANE (Shield # 31936 ) by delivering a true copy to **SARGEANT LAROSA SHIELD # 2550** an authorized agent.

Said premises are recipient's actual place of business within the state. I asked the person spoken to whether **POLICE OFFICER LANE (Shield # 31936 )** actually works at these premises and received an affirmative response

A description of the person served is as follows:

**Sex MALE**
Skin/Race **WHITE**
Color of Hair **BROWN**
Approx. Age 48 - 45
Approx. Height 5'9"- 5'10"
Approx. Wt 165 – 180 LBS

Balding **NO**   Mustache **NO**   Beard **NO**   Glasses **NO**

Other identifying Features: **NONE**

Sworn to be fore me on this
7-TH Day of SEPTEMBER 2007

NOTARY PUBLIC

**MAHITIMA BAA**
Process Server's Lic.# 1156551

PATRICK I. OKEKE
Notary Public, State Of New York
No. 02OK6062213
Qualified In Kings County
Commission Expires July 30, 2009