UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| | AFFIDAVIT OF SERVICE |
| | CASE # 07 -CV- 4717 |
| **MOSES PACHECO,** | Plaintiff |
| Vs | |

**THE CITY OF NEW YORK, SERGEANT PAGAN (Shield # 1098 )**
**POLICE OFFICER LANE (Shield # 31936 )**
**POLICE OFFICER  NOLASCO (Shield # 22895 )**
**POLICE OFFICER ROSARIO  (Shield # 27493 )**
**POLICE OFFICER  MURAD ( TAX REG  # 937156 )**

Defendant

County of KINGS, State of New York I, **MAHITIMA  BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides  in  the  County of KINGS.

On **9/5/2007**  at **9:07 A.M.** at  **2794 RANDALL AVENUE BRONX-, NEW YORK, 10465** Deponent served the within **SUMMONS AND COMPLAINT**   on  **POLICE OFFICER   NOLASCO (Shield # 22895 )** by delivering a true copy to **SARGEANT LAROSA SHIELD # 2550**  an authorized agent.

Said premises are recipient's actual place of business within the state. I asked the person spoken to whether **POLICE OFFICER    NOLASCO (Shield # 22895 )** actually works at these premises and received an affirmative response

A description of the person served is as follows:

Sex **MALE**
Skin/Racc **WHITE**
Color of Hair  **BROWN**
Approx. Age **48 - 45**
Approx. Height  **5'9"- 5'10"**
Approx. Wt **165 – 180 LBS**

Balding **NO**    Mustache **NO**    Beard  **NO**    Glasses **NO**

Other identifying Features: **NONE**

Sworn to be fore me on this
_7TH__ Day of, SEPTEMBER  2007

_____
NOTARY PUBLIC

_____
**MAHITIMA BAA**
Process Server's Lic.# 1156551

PATRICK I. OKEKE
Notary Public, State Of New York
No. 02OK6062213
Qualified In Kings County
Commission Expires July 30, 2009