UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
CASE # 07 -CV- 4717

MOSES PACHECO,                                                                 Plaintiff


        Vs


THE CITY OF NEW YORK, SERGEANT PAGAN (Shield # 1098 )
POLICE OFFICER LANE (Shield # 31936 )
POLICE OFFICER  NOLASCO (Shield # 22895 )
POLICE OFFICER ROSARIO  (Shield # 27493 )
POLICE OFFICER  MURAD ( TAX REG  # 937156 )
                                                                                         Defendant

County of KINGS, State of New York I, **MAHITIMA  BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides  in  the  County of KINGS.

On **9/5/2007**  at **9:07 A.M.** at **2794 RANDALL AVENUE BRONX-, NEW YORK, 10465**  Deponent served the within **SUMMONS AND COMPLAINT**  on  **POLICE OFFICER  MURAD ( TAX REG  # 937156 ) Shield # 25110** by delivering a true copy to **SARGEANT LAROSA SHIELD # 2550** an authorized agent.


Said premises are recipient's actual place of business within the state. I asked the person spoken to whether **POLICE OFFICER  MURAD ( TAX REG  # 937156 ) Shield # 25110**  actually works at these premises and received an affirmative response


A description of the person served is as follows:

Sex **MALE**
Skin/Race **WHITE**
Color of Hair **BROWN**
Approx. Age **48 - 45**
Approx. Height **5'9"- 5'10"**
Approx. Wt **165 – 180 LBS**

Balding **NO**    Mustache **NO**    Beard  **NO**    Glasses **NO**

Other identifying Features: **NONE**


Sworn to be fore me on this
__ TH  Day of  SEPTEMBER  2007

_____
N O T A R Y  P U B L I C

_____
**MAHITIMA BAA**
Process Server's Lic.# 1156551

PATRICK I. OKEKE
Notary Public, State Of New York
No. 02OK....2213
Qualified In Kings County
Commission Expires July 30, 2009