

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STUART E. JACOBS
phone: (212) 788-0899
fax (212) 788-9776
email: sjacobs@law.nyc.gov

February 26, 2008

**VIA FAX (212) 805-7948**
Honorable Richard J. Howell
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 17B
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

Re: Pacheco v. City of New York et al., 07 CV 4717 (RJH)(FM)

Dear District Judge Howell:

I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the above-referenced case. I write on behalf of defendants the City of New York, Police Officer Laine, Police Officer Nolasco, Police Officer Rosario, Police Officer Murad, and Sergeant Pagan (1) to respectfully request that the Court extend the deadline for the close of discovery by sixty (60) days, from March 14, 2008, to May 13, 2008 and (2) the Court adjourn the conference currently scheduled for March 21, 2008 at 11:00 a.m. to a date after May 14, 2008. This is the first request for an extension of the discovery deadline, and is made with the consent of plaintiff's counsel, Wale Mosaku, Esq.

To date, the parties have been engaged in document discovery. Additionally, the parties involved in settlement negotiations. To that end, the parties have a settlement conference currently scheduled for March 7, 2008 in front of Judge Maas to further explore settlement.[1] The extension of discovery will allow the parties to further explore settlement, prior to expending the resources of conducting further discovery. If the parties are unable to resolve the case through settlement, the enlargement of time will permit the parties to complete the outstanding discovery in this action.

For the reasons set forth above, the parties request that (1) the deadline to complete discovery be extended from March 14, 2008 until May 13, 2008 and (2) the Court adjourn the conference currently scheduled for March 21, 2008 at 11:00 a.m. to ~~a date~~ after May ~~14~~ 16, 2008. at w:10

---

[1] Under separate cover the parties are seeking a brief adjournment of the currently scheduled settlement conference due to scheduling issues.

Respectfully submitted,

Stuart Jacobs (SJ 8379)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **BY FAX (718) 243-9148**
Wale Mosaku, Esq.
25 Bond Street, 3rd Floor
Brooklyn, NY 11201

**BY FAX (212) 805-6724**
Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

*Application Granted
No further extensions
So Ordered*

*US DJ
3/14/08*

2